MICHAEL R. REESE (SBN 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*Co-Counsel for Plaintiffs and the Proposed Class*

BRIAN R. BLACKMAN (SBN 196996)
*bblackman@blaxterlaw.com*
J.T. WELLS BLAXTER (SBN 190222)
*wblaxter@blaxterlaw.com*
DAVID P. ADAMS (SBN 312003)
*dadams@blaxterlaw.com*
**BLAXTER | BLACKMAN LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-7700

*Attorneys for defendant WHOLE FOODS MARKET CALIFORNIA, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAARON WARREN and CHRISTINA REED, individually, and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.<br><br>    Defendant. | Case No. 3:21-cv-04577-EMC<br><br>**STIPULATON AND [PROPOSED] ORDER REGARDING EXTENSION ON BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Kaaron Warren and Christina Reed ("Plaintiffs") and Defendant Whole Foods Market California, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 12, 2021 Defendant filed a motion to dismiss the First Amended Complaint (ECF No. 27) ("Motion");

WHEREAS, the hearing on the Motion is currently set for January 6, 2022 at 1:30 p.m.;

WHEREAS, the Parties previously stipulated, and the Court so ordered, that the deadline for Plaintiffs' opposition was extended from November 28, 2021 to December 3, 2021;

WHEREAS, Plaintiffs need additional time to complete and file their opposition;

WHEREAS, the undersigned counsel for the Parties have met and conferred and agreed to the following briefing schedule, contingent upon Court approval, that takes into account intervening holidays and counsel's schedules:

December 17, 2021 – Plaintiffs shall file their opposition;

January 13, 2022 – Defendant shall file its reply; and

January 27, 2022 at 1:30 p.m. – Hearing on Defendant's Motion.

WHEREAS, the additional time to brief the Motion will not affect any other dates.

Respectfully submitted,

Dated: December 2, 2021     **REESE LLP**

By:  */s/ Michael R. Reese*
Michael R. Reese
*Co- Counsel for Plaintiffs
and the proposed class*

Dated: December 2, 2021

**BLAXTER | BLACKMAN LLP**

By:  */s/ Brian R. Blackman*
Brian R. Blackman

*Counsel for Defendant*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

- Plaintiff shall file his opposition to Defendant's motion to dismiss (ECF No. 27) ("Motion") by December 17, 2021;
- Defendant shall file its reply in support of its Motion by January 13, 2022; and
- The hearing on Defendant's Motion is rescheduled from January 6, 2022 to 1:30 p.m. on January 27, 2022.

Dated: December __, 2021

_____
Honorable Edward M. Chen
United States District Judge

**ATTORNEY ATTESTATION**

I, Michael R. Reese, am the ECF User whose identification and password are being used to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

By:     */s/ Michael R. Reese*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:  */s/ Michael R. Reese*
       Michael R. Reese