1  MICHAEL R. REESE (SBN 206773)
   *mreese@reesellp.com*
2  **REESE LLP**
   100 West 93rd Street, 16th Floor
3  New York, New York 10025
   Telephone: (212) 643-0500
4
   *Co-Counsel for Plaintiffs and the Proposed Class*
5

6  BRIAN R. BLACKMAN (SBN 196996)
   *bblackman@blaxterlaw.com*
7  J.T. WELLS BLAXTER (SBN 190222)
   *wblaxter@blaxterlaw.com*
8  DAVID P. ADAMS (SBN 312003)
   *dadams@blaxterlaw.com*
9  **BLAXTER | BLACKMAN LLP**
   601 California Street, Suite 1505
10 San Francisco, California 94108
   Telephone: (415) 500-7700
11
   *Attorneys for Defendant WHOLE FOODS*
12 *MARKET CALIFORNIA, INC.*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 | KAARON WARREN and CHRISTINA REED, individually, and on behalf of those similarly situated, | Case No. 3:21-cv-04577-EMC
16 | | **JOINT STATUS REPORT**
17 |         Plaintiff, | Date:  May 10, 2022
   | | Time:  2:30 PM
18 |    v. |
   | | The Honorable Edward M. Chen
19 | WHOLE FOODS MARKET CALIFORNIA, INC. |
20 | |
   |         Defendant. |
21

22

23

24

25

26

27

28

Pursuant to the Court's Minute Entry of February 3, 2022 and the Standing Order for All Judges of the Northern District of California effective November 1, 2018, Plaintiffs Kaaron Warren and Christina Reed ("Plaintiffs") and Defendant Whole Foods Market California, Inc. ("Defendant" or "WFM CA") (collectively the "Parties") jointly submit this status report.

On February 3, 2022, the Court heard argument on WFM California's motion to dismiss and granted the Parties a limited right of discovery on the issue of which WFM entity may have some liability for the alleged mislabeling.

On April 15, 2022, the Parties submitted a stipulation and proposed order regarding the substitution of Whole Foods Market Private Label LP for Defendant WFM California in the FAC. ECF No. 49.

If the proposed order regarding substitution is granted, the Parties also have agreed that Plaintiff Reed would dismiss her claims, as well as the claims of the Nevada class, without prejudice.

The parties also agree that if the proposed order regarding stipulation is granted and Plaintiff Reed and the other members of the proposed Nevada class are dismissed, that the portion of defendant's motion to dismiss regarding personal jurisdiction is withdrawn as moot, with only the non-jurisdictional arguments remaining for decision by the Court.

Respectfully submitted,

Dated:  May 3, 2022         **REESE LLP**

By _____*/s/Michael R. Reese*_____
Michael R. Reese
*Co-Counsel for Plaintiffs
and the proposed class*

**BLAXTER | BLACKMAN LLP**

Dated:  May 3, 2022

By _____*/s/ Brian R. Blackman*_____
BRIAN R. BLACKMAN
*Counsel for Defendant*

**ATTESTATION**

I, Michael R. Reese, am the ECF User whose identification and password are being used to file this Joint Status Report. I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

*/s/ Michael R. Reese*
MICHAEL R. REESE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Michael R. Reese*
MICHAEL R. REESE