MICHAEL R. REESE (SBN 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*Co-Counsel for Plaintiff and the Proposed Class*


BRIAN R. BLACKMAN (SBN 196996)
*bblackman@blaxterlaw.com*
J.T. WELLS BLAXTER (SBN 190222)
*wblaxter@blaxterlaw.com*
DAVID P. ADAMS (SBN 312003)
*dadams@blaxterlaw.com*
**BLAXTER | BLACKMAN LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-7700

*Attorneys for Defendant WFM PRIVATE LABEL, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAARON WARREN, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WFM PRIVATE LABEL, L.P.<br><br>Defendant. | Case No. 3:21-cv-04577-EMC<br><br>**STIPULATON OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>The Honorable Edward M. Chen |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kaaron Warren and Defendant WFM Private Label, L.P., through their undersigned counsel, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Respectfully submitted,

Dated: April 21, 2023

**REESE LLP**

By: /s/ *Michael R. Reese*
    Michael R. Reese
    *Co-Counsel for Plaintiff*
    *and the proposed class*

Dated: April 21, 2023

**BLAXTER | BLACKMAN LLP**

By: /s/ *Brian R. Blackman*
    Brian R. Blackman
    *Counsel for Defendant*

**ATTORNEY ATTESTATION**

I, Michael R. Reese, am the ECF User whose identification and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

By:   */s/ Michael R. Reese*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:   */s/ Michael R. Reese*